

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2019

No. 04-19-00234-CV

Johnathan David **RICE** and Diana Rice,
Appellants

v.

**LEWIS ENERGY GROUP, L.P.;** Lewis Petro Properties, Inc.; Lewis Resource Management, LLC; Segundo Navarro Drilling, Ltd.; and Tercero Navarro, Inc.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08936
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

After this court granted Appellants' first motion for extension of time to file the brief, Appellants' brief was due on October 25, 2019. Before the due date, Appellants filed an unopposed second motion to extend the due date for Appellants' brief by an additional thirty days.

Appellants' motion is GRANTED. Appellants' brief is due on November 25, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk